Form B6

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

FL 6801 COLLINS NORTH LLC
(Debtor)

Case No.        14-11692

Chapter  11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (Yes/No) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        3,054,375 | | |
| B - Personal Property | YES | 4 | $        1,583,637 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        1,684,221 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $        - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $        6,552,411 | |
| G - Executory Contracts and Unexpired Leases | YES | 6 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | $        - |
| J - Current Expenditures of Individual Debtor(s) | NO | N/A | | | $        - |
| TOTAL | | 21 | $        4,638,012 | $        8,236,632 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                      :
In re:                                                :        Chapter 11
                                                      :
FL 6801 SPIRITS LLC, *et al.*,                        :        Case Nos. 14-11691
                                                      :
                              Debtors.                :        (Jointly Administered)
                                                      :
                                                      :
-------------------------------------------------------------X

**GLOBAL NOTES AND STATEMENT OF
LIMITATIONS, METHODOLOGY AND DISCLAIMER
REGARDING THE DEBTORS'
SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

FL 6801 Spirits LLC ("Spirits"), FL 6801 Collins North LLC ("6801 North"), FL 6801 Collins Central LLC ("6801 Central"), FL 6801 Collins South LLC ("6801 South," together with 6801 North, 6801 Central, and Spirits, the "Debtors") as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") have filed their respective Schedules  and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors, with the assistance of their advisors, prepared the Statements in accordance with section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Anthony Barsanti has signed each set of the Statements. Mr. Barsanti is the Vice President of Lehman ALI Inc., the sole member of PAMI ALI LLC, which in turn is the sole member and manager of Spirits and the authorized signatory for all of the Debtors.

In reviewing and signing the Schedules Statements, Mr. Barsanti has necessarily relied upon the efforts, statements and representations of various personnel of the Debtors with assistance from the Debtors' advisors and information provided by CR Miami LLC, CR License LLC and Spa Project Advisors Property (collectively, "Canyon Ranch"), as the manager of the Debtors' property. Mr. Barsanti has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records and the records provided by Canyon Ranch as the manager of the Debtors' property that were available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Statements.  As a result, inadvertent errors or

omissions may exist.  The Debtors reserve all rights to amend or supplement the Statements as is necessary and appropriate.

The Schedules and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of any of the Debtors

1.    **Description of Cases.**  On June 1, 2014, (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 3, 2014 an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 19].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Statements.  All asset and liability information contained in the Statements, except where otherwise noted, is reported as of the close of business on June 1, 2014.

2.    **Purpose of Global Notes.**  These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.[1]  These Global Notes are in addition to the specific notes set forth in the Schedules and Statements. Disclosure of information in one Schedule, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule or Statement. The fact that the Debtors have prepared a note with respect to a particular Schedule or Statements and not to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such note to any or all of the Debtors' remaining Schedules or Statements, as appropriate.  The Schedules, Statements and Global Notes should not be relied upon by any persons for information relating to current information relating to current or future financial conditions, events or performance of any of the Debtors.

3.    **Methodology.**

   (a)    **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor, although the Schedules and Statements may, at times, incorporate information prepared in accordance with GAAP. The Schedules and Statements contain unaudited information that is subject to further review and

---

[1]   The Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements.

potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Historically, the Debtors' financial statements were prepared on a consolidated basis with certain additional non-Debtor affiliates. Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on a non-consolidated basis. Accordingly, the totals listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for reporting purposes or otherwise. Reflection in the Schedules and Statements of assets greater than liabilities is not an admission that a Debtor was solvent on its Petition Date or at any time prior to its Petition Date. Likewise reflection in Schedules and Statements of liabilities greater than assets is not an admission that the Debtors were insolvent at their respective Petition Dates or any time prior to the Petition Date.

(b)     **Consolidated Entity Accounts Payable and Disbursement Systems**. An individual Debtor's Schedules and Statements may include payments made by the Debtor for another Debtor or non-Debtor affiliate.  Payment made by another Debtor or non-Debtor affiliate on behalf of the filing Debtor, however, are not necessarily included in the Debtor's Schedules and Statements, and described in the Debtors' cash management system as authorized and approved under the Final Order pursuant to Bankruptcy Code Sections 105(A), 345, 363, 364 And 503(B)(1) Authorizing: (I) Continued Maintenance of Existing Bank Accounts; (II) Continued Use of Existing Business Forms; (III) Continued Use of Existing Cash Management System;  and (IV) Waiver of Certain Guidelines Relating to Bank Accounts [Dkt No. 68].

(c)     **Confidential Information.**     There may be instances in the Schedules or the Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses or amounts.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality or concerns for the privacy of an individual.

(d)     **Insiders**.  For purposes of the Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares; and (d) relatives of directors, officers, or shareholders of the Debtors.

(e)     **Current Market Value.** Unless otherwise indicated, asset valuations in the Debtors' Schedules and Statements are based on the Debtors' current best estimate of fair market from various

sources, including, where available external appraisals. Amounts ultimately realized from any asset, or the actual value of any such asset to the extent it must be determined in connection with these Chapter 11 cases, may vary from the values stated in the Schedules and Statements and such variance may be material. The Debtors' reserve the right to contend and/or prove that the value of any asset set forth in the Schedules may, in fact, be different from the value ascribed to that asset in the Schedules and Statements.

(f)    **Liabilities.**    The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend and supplement the Schedules and Statements as is necessary and appropriate.

(g)    **Undetermined Amounts**.    The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

(h)    **Totals**.    All totals that are included in the Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(i)    **Excluded Assets and Liabilities**.    The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

(j)    **Liens.**    The inventories, property and equipment listed in the Statements are presented without consideration of any liens**.**

4.    <u>**Reservations and Limitations**</u>.    Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, without limitation, any issues involving substantive consolidation, equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

(a)    **Claims Description.** Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent" or

4

"unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," 'contingent" or "unliquidated." The Debtors reserve the right to dispute any claim reflected on their Schedules and Statements on any grounds, including, but not limited to amount, liability, maturity or classification, or to otherwise subsequently designate such claims as "disputed,' contingent" or "unliquidated." Moreover, the Debtors reserve the right to amend their Schedules and Statements as necessary or appropriate. Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, assertion made therein or herein or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

**(b)**     **Estimates and Assumptions**. Historically the Debtors financial statements were prepared and consolidated with certain additional non-Debtor affiliates. Accordingly, the preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from those estimates.

**(c)**     **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements.  The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

**(d)**     **Intellectual Property Rights.**  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Global Notes Control.**  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control. The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of their Schedules and Statements as and to the extent necessary as appropriate.

Form B6-A

FL 6801 COLLINS NORTH LLC
(Debtor)

Case No.      14-11692

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint return is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Real Estate:**<br>**6899 Collins Avenue, Unit N202** | **Fee Interest** | | $ 1,370,925 | $ - |
| **Real Estate:**<br>**6899 Collins Avenue, Unit N201** | **Fee Interest** | | $ 992,250 | $ - |
| **Real Estate:**<br>**6899 Collins Avenue, Unit N610** | **Fee Interest** | | $ 691,200 | $ - |
| | | TOTAL -> | $ 3,054,375 | |

(Report also on Summary of Schedules)

Form B6-B
(10/05)

FL 6801 COLLINS NORTH LLC
                (Debtor)

Case No. _____ 14-11692

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on Hand. | X | Does not include any cash in accounts controlled by CanyonRanch pursuent to and authorized under the Final Order pursuant to Bankruptcy Code Sections 105(A), 345, 363, 364 And 503(B)(1) Authorizing: (I) Continued Maintenance of Existing Bank Accounts;  (II) Continued Use of Existing Business Forms; (III) Continued Use of Existing Cash Management System;  and (IV) Waiver of Certain Guidelines Relating to Bank Accounts [Dkt No. 68]. | | |
| 2.  Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | FL 6801 Spirits - DIP CITIBANK XXXX-8682 1271 Avenue of Americas c/o Lehman Brothers Holdings Inc. 39th Floor New York, NY 10020 | | $                         - |
| 3.  Security Deposits with Public Utilities, Telephone Companies, Landlords and Other. | X | | | |
| 4.  Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing Apparel. | X | | | |

Form B6-B
(10/05)

FL 6801 COLLINS NORTH LLC
                (Debtor)

Case No.                              14-11692

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7.  Furs and Jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA, as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owed to  debtor including tax refunds. Give particulars. | X | | | |

Form B6-B
(10/05)

FL 6801 COLLINS NORTH LLC

        (Debtor)

Case No.        14-11692

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | KM Plaza Construction Lien Escrow | | $                1,583,637 |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |

Form B6-B
(10/05)

FL 6801 COLLINS NORTH LLC            Case No.          14-11692
       (Debtor)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals and feed. | X | | | |
| 35.  Other personal property of any kind not already listed.  Itemize. | X | | | |

Continuation sheets attached   **0**         **TOTAL ->**    $            1,583,637

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6-C

FL 6801 COLLINS NORTH LLC
     (Debtor)

Case No.      14-11692

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption
      that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXPEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **NONE** | | | |
| | | | |
| | | | |
| | | | |

Form B6-D

FL 6801 COLLINS NORTH LLC                    Case No. _____ 14-11692
          (Debtor)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and the last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - "Codebtors". If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing and "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, plane an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Callateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER       (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| PAMI ALI LLC | Yes | | March 12, 2014, PAMI ALI LLC Lender advanced $2,000,000 to the Debtors on a joint and several basis, which the Debtors used to pay their annual insurance premiums. This loan was evidenced by a promissory note, dated March 12, 2014, among the Debtors and Lender (the "Prepetition Note"). The Debtors' obligations under the Prepetition Note, which included the payment of principal, interest and certain costs, fees and expenses of Lender, were secured by a mortgage on substantially all of the Debtors' assets, including real and personal property. | | | | $1,666,666 plus accrued and unpaid interest totaling $17,554 | N/A |
| | | | | | | **TOTAL** | $          1,684,221 | $          - |

Form B6-E

FL 6801 COLLINS NORTH LLC
      (Debtor)

Case No.        14-11692

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place and "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all amounts entitled to a priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extension of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief 11 U.S.C. §  507(a)(3).

☐    **Wages, salaries and commissions**

      Wages, salaries and commissions, including vacation, severance and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475 per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐    **Certain farmers and fisherman**

      Claims of certain farmers and fisherman, up to $6,150 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

      Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes, custom duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).**

Form B6-E

FL 6801 COLLINS NORTH LLC                                         Case No.          14-11692
          (Debtor)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**
        Claims based on commitments to the FDIC, RTC Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of
        Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital on an insured depository institution.
        11 U.S.C. § 507(a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**
        Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using
        alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | Amount Not Entitiled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | TOTAL -> | $ - | $ - | $ - |

Form B6-F

FL 6801 COLLINS NORTH LLC                                    Case No. _____14-11692_____
        (Debtor)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P 1007(m). Do not include claims listed in Schedule D and E. If all creditors will not fit on this page use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place and "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

□ Check this box if debtor has no creditors holding unsecured claims to report on Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Canyon Ranch<br>8600 E. Rockcliff Road<br>Tucson, AZ 85750 | | | As of June 1, 2014 | × | × | × | $        5,082,211 |
| ACCOUNT NO.<br><br>Cotton and Company<br>699 S.E. 5th Street<br>Stuart, FL 34994 | | | As of June 1, 2014 | × | × | | $              - |
| ACCOUNT NO. 81175-98162<br><br>Florida Power and Light<br>(Unit #N202)<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | | | As of June 1, 2014 | × | × | | $              - |

Form B6-F

FL 6801 COLLINS NORTH LLC                                              Case No._____14-11692_____
          (Debtor)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 84718-48161 | | | | | | | | |
| Florida Power and Light (Unit #N201) 700 Universe Boulevard Juno Beach, FL 33408 | | | As of June 1, 2014 | | ✕ | ✕ | | $                          - |
| ACCOUNT NO. 98606-27190 | | | | | | | | |
| Florida Power and Light (Unit #N610) 700 Universe Boulevard Juno Beach, FL 33408 | | | As of June 1, 2014 | | ✕ | ✕ | | $                          - |
| ACCOUNT NO. | | | | | | | | |
| KM/Plaza 120 NE 27th Street Suite 600 Miami, FL 33137 | | | As of June 1, 2014 | | ✕ | ✕ | ✕ | $             1,470,200 |
| ACCOUNT NO. | | | | | | | | |
| North Carillon Condo Association c/o Atlantic and Pacific Management P.O Box 019767 Miami, FL 33101-9767 1-305-514-7355 | | | As of June 1, 2014 | | ✕ | ✕ | ✕ | $                          - |
| ACCOUNT NO. | | | | | | | | |
| Airstron 1559 SW 21st Avenue Ft. Lauderdale, FL 33312 | | | As of June 1, 2014 | | ✕ | ✕ | | $                          - |
| ACCOUNT NO. | | | | | | | | |
| Cascade 2010 N.W. 29th Street, Oakland Park, FL 33311 | | | As of June 1, 2014 | | ✕ | ✕ | | $                          - |
| ACCOUNT NO. | | | | | | | | |
| Century Cleaning 21432 SW 86 Place Cutler Bay, FL 33189 | | | As of June 1, 2014 | | ✕ | ✕ | | $                          - |
| ACCOUNT NO. | | | | | | | | |
| Coastal Car & Limousine 1040 South West 10th Street Pompano Beach, FL 33069 | | | As of June 1, 2014 | | ✕ | ✕ | | $                          - |
| ACCOUNT NO. | | | | | | | | |
| Computrition 8521 Fallbrook Ave, Suite 100 West Hill, CA 91304 | | | As of June 1, 2014 | | ✕ | ✕ | | $                          - |

Form B6-F

FL 6801 COLLINS NORTH LLC
            (Debtor)

Case No.        14-11692

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| ACCOUNT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Commercial Energy Specialists
860 Jupiter Park Dr.
Jupiter, FL 33458 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| Dunbar Armored
50 Schilling Road
Hunt Valley, MD 21031 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| Extenway Solutions
500 Morgan Road, Suite 100
Baie d'Urfé, Quebec H9X 3V1 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| Fire Alarm Systems Security Inc.
3901 S.W. 47th Ave., Suite 408
Davie, FL 33314 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| Garaventa Lift
549 Sawgrass Corporate Parkway
Sunrise, FL 33325 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| Gold Key Solutions
28118 Agoura Road, Suite 202
Agoura Hills, CA 91301 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| Great Waste
3051 NW 129th Street
Opa-Locka, FL 33054 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| Hobart Services
701 S. Ridge Ave.
Troy, OH 45374-0001 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| Infinite Energy
7001 SW 24th Ave.
Gainesville, FL 32607-3704 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| KW Power
9820 NW 117 Way
Medley, FL 33172 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO. | | | | | | | |
| Living Color Entiprises
6850 NW 12th Avenue
Ft. Lauderdale, FL 33309 | | | As of June 1, 2014 | × | × | | $ - |

Form B6-F

FL 6801 COLLINS NORTH LLC          Case No.          14-11692
          (Debtor)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Metropolis Technologies<br>6278 N. Federal Highway, #413<br>Ft. Lauderdale, FL 33308 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>Micro Systems Inc.<br>7031 Columbia Gateway Drive<br>Columbia, MD 21046-2289 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>National Service Group<br>12535 Orange Drive, Suite 602<br>Davie, FL 33330 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>Otis Elevator<br>16200 NW 59th Avenue, Suite 109<br>Miami Lakes, FL 33014 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>OSA Financial, Inc.<br>12340 Montana Ave., Suite 303<br>Los Angeles, CA 90049 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>Pitney Bowes<br>P.O. Box 855942<br>Louisville , KY 40285-6042 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>Plant Care<br>P.O. Box 50115<br>Lighthouse Point , FL 33074 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>R.N. Views, Inc.<br>8851 NW 119th St., #341<br>Hialeah Gardens, FL 33018 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>Smartresort Co., LLC<br>P.O. Box 643829<br>Cincinnati, OH 45264-3829 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>Shift 4<br>1491 Center Crossing Rd.<br>Las Vegas, NV 89144-7047 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |
| ACCOUNT NO.<br>Sno White<br>2012 Grant St.<br>Hollywood, FL 33020 | | | As of June 1, 2014 | ✕ | ✕ | | $                    - |

Form B6-F

FL 6801 COLLINS NORTH LLC
(Debtor)                                                          Case No.        14-11692

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Stericycle<br>2333 Waukegan Rd., Suite 200<br>Bannockburn, IL 60015 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO.<br>Steritech<br>2250 Lucien Way, Suite 280<br>Maitland, FL 32751 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO.<br>Techno Gym<br>700 Route 46 East, 2nd Floor<br>Fairfield , NJ 7004 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO.<br>Timesaver<br>300 N. Martingale Road, Suite 500<br>Schaumburg , IL 60173 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO.<br>Waste Services of FL, Inc.<br>3840 NW 37th Court<br>Miami, FL 33142 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO.<br>Yun Maintenance<br>2132 SW 132nd Way<br>Davie, FL 33325 | | | As of June 1, 2014 | × | × | | $ - |
| ACCOUNT NO.<br>Zdirect, Inc.<br>1920 E. Hallandale Beach Blvd.<br>Hallandale Beach, FL 33009 | | | As of June 1, 2014 | × | × | | $ - |

(Use only on last page of the
completed Schedule F).   (Report also
on Summary of Schedules).

NOTE:                                                          TOTAL - > $          6,552,411

The Bankruptcy Court has previously authorized the Debtors to honor undisputed obligations to certain contract counterparties, including obligations arising under rental management agreements; that certain management agreement and related licensing agreements (collectively, the "Canyon Ranch Agreements") with CR Miami, LLC; CR License, LLC; and Spa Project Advisors, LLC (collectively, "Canyon Ranch"); and necessary expenses incurred in connection with Canyon Ranch's management of the Property, such as employees, vendors, service providers, utilities, insurance, tax obligations and reimbursement for operational costs (e.g., reservation systems).  Accordingly, amounts owed for obligations arising under the rental management agreements; the Canyon Ranch Agreements, and the contracts entered into by Canyon Ranch listed in Scehdule F are reflected at $0.  The Debtors anticipate that undisputed obligations under such agreements and contracts will be paid in the ordinary course of the Debtors' operations through consummation of the sale.

Form B6-G
(10/05)

FL 6801 COLLINS NORTH LLC          Case No.          14-11692
        (Debtor)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| G-1 | Other Contracts/Leases |
| G-2 | Canyon Ranch Contract/ Agreements |

**NOTE:**
While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred. Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved. Additionally, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements.

Such documents may not be set forth in Schedule G.
The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Contracts are listed with respect to the Debtor entities that are parties to the contracts per review of the contracts where possible. There may be instances where other Debtor entities that are not parties to the contracts have been the primary entities conducting business in connection with these contracts. Moreover, in some cases it may have been impractical or impossible to determine which Debtor assumed the obligations of a contract entered into by a former legal entity. In such cases, the relevant contract information is listed in the Schedules.  Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory

Form B6-G
(10/05)

FL 6801 COLLINS NORTH LLC                                    Case No.                        14-11692
             (Debtor)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

contract or unexpired lease. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

Form B6-G
(10/05)

FL 6801 COLLINS NORTH LLC        Case No.       14-11692
    (Debtor)

## SCHEDULE G - 1 EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| | CONTRACT DESCRIPTION | COUNTER-PARTY | ADDRESS I | ADDRESS II | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 1 | Construction Manager Agreement effective January 4, 2010, as amended | Benson Engineering & Construction Company CGC LIC #062411 | 1546 Northgate Drive | | Naples | FL | 34105 |
| | | EBL Partners, LLC | 11630 Red Hibiscus Drive | | Bonita Springs | FL | 34135 |
| | | | 1482 Railhead Boulevard | | Naples | FL | 34110 |
| 2 | Consulting Agreement dated May 30, 2014 | EBL Partners, LLC | 11630 Red Hibiscus Drive | | Bonita Springs | FL | 34135 |
| | | | 1482 Railhead Boulevard | | Naples | FL | 34110 |
| 3 | User License Agreement dated May, 2009 Marketing Agreement dated March 19, 2011 | Cotton and Company | 633 S.E. 5th Street | | Stuart | FL | 34994 |
| 4 | That certain "Carillon Management Agreement" dated as of May 9, 2003, as amended, between North Carillon LLC and Carillon South Joint Venture LLC, as Owner, and CR Miami, LLC, as | CR Miami, LLC | 8600 East Rockcliff Road | | Tucson | AZ | 85750 |
| | | CR License, LLC | C/O W.J. Harrison & Associates, P.C. | 3561 East Sunrise, Suite 201 | Tucson | AZ | 85718 |
| | | | 8600 East Rockcliff Road | | Tucson | AZ | 85750 |
| | | Spa Project Advisors, LLC | C/O W.J. Harrison & Associates, P.C. | 3561 East Sunrise, Suite 201 | Tucson | AZ | 85718 |
| | | | 8600 East Rockcliff Road | | Tucson | AZ | 85750 |

Form B6-G
(10/05)

FL 6801 COLLINS NORTH LLC                    Case No.    14-11692
                (Debtor)

## SCHEDULE G - 2 EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| | VENDOR NAME | CONTRACT DESCRIPTION | CONTRACT START DATE | ADDRESS | CITY | STATE OR PROVINCE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 1 | Airstron | Air Conditioning Services | 3/22/07 | 1559 SW 21st Avenue | Ft. Lauderdale | FL | 33312 | United States |
| 2 | AT&T | Data, VoIP, Toll Free & Internet Provider | 6/3/06 | 13450 W Sunrise Blvd. | Sunrise | FL | 33323 | United States |
| 3 | Boucher Brothers | Concession Agreement | 4/14/09 | 1451 Ocean Drive, Suite 205 | Miami Beach | FL | 33139 | United States |
| 4 | Boucher Brothers | Concessionaire Bank Issue Contract | 4/16/09 | 1452 Ocean Drive, Suite 205 | Miami Beach | FL | 33139 | United States |
| 5 | Boucher Brothers | Service Agreement | 3/31/09 | 1451 Ocean Drive, Suite 205 | Miami Beach | FL | 33139 | United States |
| 6 | Cascade | Water Treatment Specialists | 3/31/09 | 2010 N.W. 29th Street, | Oakland Park | FL | 33311 | United States |
| 7 | Century Cleaning | Exhaust Kitchen Cleaning | 3/11/09 | 21432 SW 86 Place | Cutler Bay | FL | 33189 | United States |
| 8 | Coastal Car & Limousine | Car and Limousine Service | 8/8/04 | 1040 South West 10th Street | Pompano Beach | FL | 33069 | United States |
| 9 | Coletti Investments, LLC | Dry Cleaning Service Agreement | 11/26/08 | 3475 NE 163rd Street | North Miami Beach | FL | 33166 | United States |
| 10 | Computrition | Food Software | 1/17/04 | 8521 Fallbrook Ave, Suite 100 | West Hill | CA | 91304 | United States |
| 11 | Concept | Software Maintenance Service | 5/9/08 | 147 Avenida Eng. Duarte Pacheco | Almancil | | 8135-104 | Portugal |
| 12 | Commercial Energy Specialists | Pool Water Quality Control | 9/17/08 | 860 Jupiter Park Dr. | Jupiter | FL | 33458 | United States |
| 13 | Dunbar Armored | Security Services | 11/6/04 | 50 Schilling Road | Hunt Valley | MD | 21031 | United States |
| 14 | Extenway Solutions | Interactive and Guest Media Services | 11/3/04 | 500 Morgan Road, Suite 100 | Baie d'Urfé | Quebec | H9X 3V1 | Canada |
| 15 | Fire Alarm Systems Security Inc. | Monitoring and Servicing of Fire Alarm Systems | 12/20/07 | 3901 S.W. 47th Ave., Suite 408 | Davie | FL | 33314 | United States |
| 16 | Garaventa Lift | Planned Lift Equipment Maintenance | 5/19/09 | 549 Sawgrass Corporate Parkway | Sunrise | FL | 33325 | United States |
| 17 | Gold Key Solutions | Concierge Assistant | 6/15/06 | 28118 Agoura Road, Suite 202 | Agoura Hills | CA | 91301 | United States |
| 18 | Great Waste | Great Waste & Recycling Services | 5/7/10 | 3051 NW 129th Street | Opa-Locka | FL | 33054 | United States |
| 19 | Hobart Services | Maintenance for Kitchen Equipment | 5/6/08 | 701 S. Ridge Ave. | Troy | OH | 45374-0001 | United States |
| 20 | Infinite Energy | Natural Gas | 4/8/08 | 7001 SW 24th Ave. | Gainesville | FL | 32607-3704 | United States |
| 21 | KW Power | Generator Maintenance Agreement | 7/17/09 | 9820 NW 117 Way | Medley | FL | 33172 | United States |
| 22 | Living Color Entiprises | Aquarium Maintenance and Service | 12/2/04 | 6850 NW 12th Avenue | Ft. Lauderdale | FL | 33309 | United States |

Form B6-G
(10/05)

FL 6801 COLLINS NORTH LLC                    Case No.        14-11692
(Debtor)

## SCHEDULE G - 2 EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| | VENDOR NAME | CONTRACT DESCRIPTION | CONTRACT START DATE | ADDRESS | CITY | STATE OR PROVINCE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 23 | Leading Hotels Of The World | Hotel Membership | 11/30/07 | 485 Lexington Avenue | New York | NY | 10016 | United States |
| 24 | Metropolis Technologies | Call Accounting Software | 10/31/09 | 6278 N. Federal Highway, #413 | Ft. Lauderdale | FL | 33308 | United States |
| 25 | Micro Systems Inc. | Software Provider | 3/16/05 | 7031 Columbia Gateway Drive | Columbia | MD | 21046-2289 | United States |
| 26 | National Service Group | Professional Cleaning Service | 9/30/04 | 12535 Orange Drive, Suite 602 | Davie | FL | 33330 | United States |
| 27 | Natures Vending | Vending Equipment Placement Agreement | 3/24/10 | 700 NE 25th St., Suite #1903 | Miami | FL | 33137 | United States |
| 28 | Otis Elevator | Elevator Company: North, Central and South | 10/5/05 | 16200 NW 59th Avenue, Suite 109 | Miami Lakes | FL | 33014 | United States |
| 29 | OSA Financial, Inc. | ATM Service | 3/2/05 | 12340 Montana Ave., Suite 303 | Los Angeles | CA | 90049 | United States |
| 30 | Park One | Parking Management | 12/31/07 | 10800 Biscayne Blvd., Suite 950 | Miami | FL | 33161 | United States |
| 31 | Pitney Bowes | Postage Machine | 12/22/07 | P.O. Box 855942 | Louisville | KY | 40285-6042 | United States |
| 32 | Plant Care | Plant Maintenance and Provider | 8/24/07 | P.O. Box 50115 | Lighthouse Point | FL | 33074 | United States |
| 33 | Ricoh | Copiers Lease Agreement | 11/18/09 | 70 Valley Stream Parkway | Malvern | PA | 19355 | United States |
| 34 | R.N. Views, Inc. | Window Maintenance | 3/9/10 | 8851 NW 119th St., #341 | Hialeah Gardens | FL | 33018 | United States |
| 35 | Smartresort Co., LLC | Cable Services Agreement: North and Central | 12/31/04 | P.O. Box 643829 | Cincinnati | OH | 45264-3829 | United States |
| 36 | Shift 4 | Software for credit/debit transactions | 1/6/04 | 1491 Center Crossing Rd. | Las Vegas | NV | 89144-7047 | United States |
| 37 | Sno White | Dust Control Service | 3/3/07 | 2012 Grant St. | Hollywood | FL | 33020 | United States |
| 38 | Staffix | Employment Agency | 12/16/05 | 2164 Whisper Lakes Blvd. | Orlando | FL | 32837 | United States |
| 39 | Stericycle | Biomedical Waste Services | 11/30/04 | 2333 Waukegan Rd., Suite 200 | Bannockburn | IL | 60015 | United States |
| 40 | Sunshine State Management | Contract Labor Hotel Services | 5/26/10 | 18801 Collins Ave, Suite #102-403 | North Miami Beach | FL | 33160 | United States |
| 41 | Steritech | Brand Protection Services | 1/20/11 and 4/25/11 | 2250 Lucien Way, Suite 280 | Maitland | FL | 32751 | United States |
| 42 | Techno Gym | Fitness Equipment Technical Support and Services | 4/20/10 | 700 Route 46 East, 2nd Floor | Fairfield | NJ | 07004 | United States |

Form B6-G
(10/05)

FL 6801 COLLINS NORTH LLC                    Case No.    14-11692
                (Debtor)

## SCHEDULE G - 2 EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| | VENDOR NAME | CONTRACT DESCRIPTION | CONTRACT START DATE | ADDRESS | CITY | STATE OR PROVINCE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 43 | Timesaver | Hospitality Time & Labor Management System | 6/22/04 | 300 N. Martingale Road, Suite 500 | Schaumburg | IL | 60173 | United States |
| 44 | Worldwide Pools | Pool Service and Maintenance | 12/31/08 | 15476 NW 77th Court, Suite 168 | Miami Lakes | FL | 33016 | United States |
| 45 | Yun Maintenance | Maintenance Service | 3/28/07 | 2132 SW 132nd Way | Davie | FL | 33325 | United States |
| 46 | Zdirect, Inc. | Customer Relations Management | 1/9/06 | 1920 E. Hallandale Beach Blvd. | Hallandale Beach | FL | 33009 | United States |
| 47 | Waste Services of FL, Inc. | Solid Waste & Recycle | 1/9/10 | 3840 NW 37th Court | Miami | FL | 33142 | United States |

Form B6-H

| FL 6801 COLLINS NORTH LLC | Case No. | 14-11692 |
|---|---|---|
| (Debtor) | | |

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and cosignors.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commence of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.Bankr.P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| * See Note Below | |

**\* NOTE:**

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary business transactions.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Due to the volume of such claims, and because all such claims are contingent, disputed or unliquidated, and listed elsewhere in the Schedules and Statements, such claims have not been set forth individually on a Schedule H.  As stated below, Schedule H also reflects guaranties by various Debtors and non-Debtor affiliates of obligations primarily vested in other related affiliates.  The Debtors may not have identified certain guaranties that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  Further, the Debtors believe that certain of the guaranties reflected on Schedule H may have expired or are no longer enforceable.  Thus, the Debtors reserve their rights to amend the Schedules to the extent that additional guaranties are identified or such guaranties are discovered to have expired or are unenforceable.

Official Form 6

FL 6801 COLLINS NORTH LLC                                        Case No. _____14-11692_____
              (Debtor)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

Date: _____          Signature: _____

                                        [If joint case, both spouses must sign]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No.
                                                   *(Required by 11 U.S.C § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Anthony Barsanti, the Authorized Signatory of FL 6801 Collins North LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 23 sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____7/30/14_____          Signature: _____/s/ Anthony Barsanti, Authorized Signatory_____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*